STATE OF INDIANA ) IN THE ELKHART CIRCUIT COURT
)§:
COUNTY OF ELKHART )

SEBASTIAN BELL,
DEANA M. CARTER,
ALEX BELL, and
ANTONIO VAN PELT,

Plaintiffs,

vs. CASE NO.:

C.F.B., INC., a/k/a CUSTOM FORMULATING AND BLENDING,

Defendant.

COMPLAINT FOR DAMAGES

COME NOW, the Plaintiffs, Sebastian Bell, Deana M. Carter, Alex Bell and Antonio Van Pelt, by counsel, Samuel L. Bolinger, and files their complaint for damages, and alleges against Defendant, C.F.B., Inc., and state:

1. This is a complaint for race discrimination, and harassment, pursuant to Title VII of the Civil Rights Act of 1964, as amended.

2. The Plaintiff's are:

a. Sebastian Bell is an adult African-American male, a resident of Osceola, Indiana, and for all times herein an employee of Defendant.

b. Deana M. Carter is the female wife of Plaintiff Sebastian Bell and is a resident of Mishawaka, Indiana, and for all times herein an employee of Defendant. She is also known as Deana Bell.

c. Alex Bell is an adult African-American male, a resident of Mishawaka, Indiana,

and for all times herein an employee of Defendant.

    d.     Antonio Van Pelt is an adult African-American male, a resident of South Bend, Indiana, and for all times herein an employee of Defendant.

3.    The Defendant, Custom Formulating and Blending, Inc. (C.F.B., Inc.), is a corporation authorized to do business in the State of Indiana and does so at 1123 Commerce Drive, Bristol, Indiana 46507 and employs over fifty (50) employees in each and every calendar year.

4.    The above-named Plaintiffs filed their respective charges with Fort Wayne Metropolitan Human Relations Commission and the U.S. Equal Employment Opportunity Commission (EEOC), as follows:

    a.     Sebastian Bell (Exhibit A);

    b.     Deana M. Carter (Exhibit B);

    c.     Alex Bell (Exhibit C); and

    d.     Antonio Van Pelt (Exhibit D).

5.    Additionally, the EEOC issued the Plaintiffs' Notice of Right to Sue as follows:

    a.     Sebastian Bell (Exhibit E);

    b.     Deana M. Carter (Exhibit F);

    c.     Alex Bell (Exhibit G); and

    d.     Antonio Van Pelt (Exhibit H).

6.    Defendant, C.F.B, Inc., is engaged in interstate commerce and is subject to Title VII of the Civil Rights Act of 1964 as amended.

7.    Factual Background:

a. Sebastian Bell

i. He is a qualified black individual that worked for C.F.B, Inc.

ii. On May 1, 2019, a rope/noose was found in a drawer of an office that Plaintiff shared with Mike Saintamand ("Saintamand") who is a white male, Earl Gardner ("Gardner") who is a white male, and Jeff McMasters ("McMasters") who is a white male.

iii. Shortly after the noose was found, Saintamand put the noose around his neck and started to walk around stating "A white man with a noose on his neck".

iv. Saintamand was laughing about this, as well as, other members of management were as well.

v. The issue was addressed with McMasters and he stated he would just get rid of it, but did not take any action.

vi. Because no action was taken, Plaintiff and approximately twelve (12) other employees walked off the job.

vii. There has been past issues concerning race, such as being called a "nigger" and being subject to racist photos on the wall.

viii. Plaintiff was offended by the conduct and told those to stop, but it continued.

ix. These incidents were also witnessed by several witnesses.

x. The work environment as hellish, intolerable and unbearable.

xi. Plaintiff further alleges he was harassed by fellow employees and

management because of his race.

b. Deana M. Carter a/k/a Deana Bell

i. Plaintiff is a qualified individual that worked for C.F.B, Inc. from September 26, 2016 until her resignation on May 16, 2019.

ii. Plaintiff's coworker, Plaintiff Sebastian Bell ("Bell") who she is also in a relationship with filed a complaint against Defendant due to an incident involving a noose and other racially discriminating issues and comments.

iii. Plaintiff Bell's incident occurred on May 1, 2019.

iv. After [May 1, 2019] owner John Ray ("Ray") had conversations with Deana differently than other employees.

v. Ray made comments that the incident was a setup by another employee, suggesting it was fake and that Ray was going to get armed security fearing potential harm even though there were no threats made.

vi. Ray focused on these incidents and issues and behaved as if the incident was not factual.

vii. Ray had even returned the employee to work that had the noose.

viii. Plaintiff resigned because of the treatment and inappropriate actions taken by C.F.B, Inc.

ix. Plaintiff alleges that she was questioned and treated in this manner as a means to harass and retaliate against Plaintiff because of her relationship with Bell, an African-American.

c. Alex Bell

i.      Alex Bell is a qualified African-American individual that worked for C.F.B, Inc.

ii.     On May 1, 2019, a noose was found in a drawer of an office that is shared by Saintamand, Gardner, and McMasters.

iii.    Shortly after the noose was found, Saintamand put the noose on and walked around stating "A white man with a noose on his neck."

iv.     Saintamand was laughing about this and other members of management were as well.

v.      The issue was addressed with McMasters and he stated they would just get rid of it, but did not take any action.

vi.     After this occurred, Plaintiff Alex Bell and approximately twelve (12) other employees walked off the job.

vii.    There has been past issues concerning race, such as being called a "nigger" and being subjected to racist photos on the wall.

viii.   These incidents were also witnessed by several employees

ix.     Plaintiff Alex Bell's work environment was hellish, unbearable and intolerable causing him to be constructively discharged.

x.      As a result of the above described conduct, Plaintiff Alex Bell suffered anxiety, stress, emotional and mental anguish, humiliation, and other damages and injuries yet to be determined.

xi.     For the above reason, Plaintiff Alex Bell feels he has been harassed and constructively discharged based on his race, in violation of Title VII of the

Civil Rights Act of 1964 as amended.

d.    Antonio Van Pelt

    i.    Antonio Van Pelt is a qualified African-American individual that worked for C.F.B, Inc.

    ii.    On May 1, 2019, a noose was found in a drawer of an office that is shared by Saintamand, Gardner, and McMasters.

    iii.    Shortly after the noose was found, Saintamand put the noose on and walked around stating "A white man with a noose on his neck."

    iv.    Saintamand was laughing about this and other members of management were as well.

    v.    The issue was addressed with McMasters and he stated they would just get rid of it, but did not take any action.

    vi.    After this occurred, Plaintiff Antonio Van Pelt and approximately twelve (12) other employees walked off the job.

    vii.    There has been past issues concerning race, such as being called a "nigger" and being subjected to racist photos on the wall.

    viii.    These incidents were also witnessed by several employees

    ix.    Plaintiff Antonio Van Pelt's work environment was hellish, unbearable and intolerable causing him to be constructively discharged.

    x.    As a result of the above described conduct, Plaintiff Antonio Van Pelt suffered anxiety, stress, emotional and mental anguish, humiliation, and other damages and injuries yet to be determined.

xi. For the above reason, Plaintiff Antonio Van Pelt feels he has been harassed and constructively discharged based on his race, in violation of Title VII of the Civil Rights Act of 1964 as amended.

WHEREFORE, the Plaintiffs seek compensatory damages, punitive damages, and reasonable attorney's fees and all other just and proper relief.

Respectfully submitted,

*/s/ Samuel L. Bolinger*
Samuel L. Bolinger, #10786-98
803 S. Calhoun St., Ste. 300
Fort Wayne, IN 46802
Tel: 260.407.0040
Fax: 260.407.0039
Email: mark@slblawfirm.org
Attorney for Plaintiffs

CHARGE OF DISCRIMINATION

[X] FEPA
[X] EEOC

24D-2019-00041

City of Fort Wayne Metro Human Relations Commission

| Name | Home Phone | Year of Birth |
|---|---|---|
| Mr. Sebastian T. Bell | (574) 514-5144 | 1984 |

Street Address / City, State and ZIP Code: 10679 Ireland Road, Osceola, IN 46561

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CUSTOM FORMULATING AND BLENDING | 16 - 100 | (574) 843-5288 |

Street Address / City, State and ZIP Code: 1123 Commerce Drive, Bristol, IN 46507

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

Street Address / City, State and ZIP Code:

DISCRIMINATION BASED ON (Check appropriate box(es).)

[X] RACE [ ] COLOR [ ] SEX [ ] RELIGION [ ] NATIONAL ORIGIN
[ ] RETALIATION [ ] AGE [ ] DISABILITY [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 05-01-2019 Latest: 05-01-2019
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

...m a qualified black individual that worked for Custom Formulating and Blending ("CFB"). On May 1, 2019, ...noose was found in a drawer of an office that is shared by Mike St. Amand ("St. Amand"), Earl Gardner ...ardner") and Jeff McMasters ("McMasters"). Shortly after the noose was found St. Amand put the noose ...nd walked around stating "A white man with a noose on his neck." St. Amand was laughing about this ...other members of management were as well. The issue was addressed with McMasters and he stated ...would just get rid of it, but did not take any action. After this occurred myself and approximately twelve ...her employees walked off the job. There has been past issues concerning race, such as being called a ..." and being subjected to racist photos on the wall. These incidents were also witnessed by several ...ees.

...bove reasons, I feel I have been harassed and constructively discharged based on my race, in ...f Title VII of the Civil Rights Act of 1964, as amended.

| | |
|---|---|
| ...d with both the EEOC and the State or local Agency, if any. I ...s if I change my address or phone number and I will ...m in the processing of my charge in accordance with their | NOTARY – When necessary for State and Local Agency Requirements |
| ...of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| [signature] Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

CHARGE OF DISCRIMINATION

Charge Presented To: Agency(ies) Charge No(s):

X EEOC

EC 0079-A19
24D-2019-00267

City of Fort Wayne Metro Human Relations Commission and EEOC

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| ...na M. Carter | (574) 300-3509 | 1985 |

Street Address / City, State and ZIP Code

... East 4th Street, Mishawaka, Indiana 46544

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| ...stom Formulating and Blending | Unknown | (574) 848-5288 |

Street Address / City, State and ZIP Code

...3 Commerce Drive, Bristol, Indiana 46507

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

Street Address / City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)

[X] RACE [ ] COLOR [ ] SEX [ ] RELIGION [ ] NATIONAL ORIGIN
[ ] RETALIATION [ ] AGE [ ] DISABILITY [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 5-1-2019 Latest: 5-16-2019
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a qualified individual that worked for Custom Formulating and Blending ("CFB") from September 26, 2016, until my resignation on May 16, 2019. A co-worker, Sebastian Bell ("Bell") who I am also in a relationship had filled a complaint against CFB due to an incident involving a noose and other racially discriminatory issues and comments. Bell's incident occurred on May 1, 2019. After this, Owner John Ray ("Ray") had conversations with me differently than other employees. Ray made comments that the incident was set up by another employee, suggesting it was fake, that Ray was going to get armed security fearing potential harm even though no threats had been made. Ray focused on these issues and behaved as if the incident was not factual. Ray had even returned the employee to work that had the noose. I resigned because of the treatment and inappropriate actions taken by CFB. Because I believe I was questioned and treated in this manner as a means to harass and retaliate against me because of my relationship with Bell.

For the above reasons, I feel I have been harassed, constructively discharged and retaliated based on race, black, by association in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

May 31, 2019 [signature]
Date Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

# CHARGE OF DISCRIMINATION

Charge Presented To: [X] FEPA [X] EEOC

Agency(ies) Charge No(s): 24D-2019-00242

City of Fort Wayne Metro Human Relations Commission

| Name | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Alex D. Bell | (574) 835-7061 | 1982 |

Street Address, City, State and ZIP Code: 1267 S. 400 E., Rochester, Indiana 46575

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Custom Formulating and Blending | Unknown | (574) 848-5298 |

Street Address, City, State and ZIP Code: 1123 Commerce Drive, Bristol, Indiana 46507

Discrimination based on: [X] Race [ ] Color [ ] Sex [ ] Religion [ ] National Origin [ ] Retaliation [ ] Age [ ] Disability [ ] Genetic Information [ ] Other

Date(s) discrimination took place: Earliest 5-1-2019 Latest 5-1-2019 [ ] Continuing Action

The particulars are:

I am a qualified black individual that worked for Custom Formulating and Blending ("CFB"). On May 1, 2019, a noose was found in a drawer of an office that is shared by Mike Saintamand ("Saintamand"), Earl Gardner ("Gardner") and Jeff McMasters ("McMasters"). Shortly after the noose was found Saintamand put the noose on and walked around stating "A white man with a noose on his neck." Saintamand was laughing about this and other members of management were as well. The issue was addressed with McMasters and he stated they would just get rid of it, but did not take any action. After this occurred myself and approximately twelve (12) other employees walked off the job. There has been past issues concerning race, such as being called a "nigger" and being subjected to racial photos on the wall. These incidents were also witnessed by several employees.

For the above reasons, I feel I have been harassed and constructively discharged based on my race, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

May 1, 2019 [signature] Alex Bell

Date Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

Filed: 2/13/2020 2:04 PM
Clerk
Elkhart County, Indiana



Custom Formulating and Blending

Unknown

5-1-2019

5-1-2019

[X] RACE

For the above reasons, I feel I have been harassed and constructively discharged based on my race, in violation of Title VII of the Civil Rights Act of 1964, as amended.



EEOC Form 161-B (11/16)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To: **Deana M. Carter**
**953 East 4th Street**
**Mishawaka, IN 46544**

From: **Indianapolis District Office**
**101 West Ohio Street**
**Suite 1900**
**Indianapolis, IN 46204**

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **24D-2019-00267** | **Michelle D. Ware, Enforcement Supervisor** | **(463) 999-1184** |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

- [X] More than 180 days have passed since the filing of this charge.
- [ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.
- [X] The EEOC is terminating its processing of this charge.
- [ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

- [ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.
- [ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

[signature]

**Michelle Eisele,**
**District Director**

NOV 27 2019
*(Date Mailed)*

Enclosures(s)

cc: Jonathan R. Slabaugh
Sanders Pianowski, LLP
300 Riverwalk Drive
Elkhart, IN 46516

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: [illegible]
1587 South 400 East
Rochester, IN 46975

From: Indianapolis District Office
101 West Ohio Street
Suite 1900
Indianapolis, IN 46204

[ ] [illegible]

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 240-2019-00242 | Michelle D. Wars, Enforcement Supervisor | (463) 999-1184 |

(See also the additional information enclosed with this form.)

NOTICE TO THE PERSON AGGRIEVED:

Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA): [illegible] WITHIN 90 DAYS of your receipt of this notice; [illegible]

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

Age Discrimination in Employment Act (ADEA): [illegible] your case:

[ ] The EEOC is closing your case. [illegible] WITHIN 90 DAYS of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. [illegible] you may file suit in federal or state court under the ADEA at this time.

Equal Pay Act (EPA): You already have the right to sue under the EPA [illegible] in federal or state court within 2 years (3 years for willful violations) of the alleged [illegible] any violations that occurred more than 2 years (3 years) before you file suit may [illegible]

If you file suit, based on this charge, please send a copy of your court complaint to this office.

[signature] [illegible]

Enclosures(s)

cc: Jonathan R. Slabaugh
Sanders Pianowski LLP
300 Riverwalk Drive
Elkhart, IN 46516

20C01-2002-CT-000032
Elkhart Circuit Court
Filed: 2/13/2020 2:04 PM
Clerk
Elkhart County, Indiana

SANDOVAL?, ANTONIO

- [X] More than 180 days have passed since the filing of this charge.
- [ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.
- [X] The EEOC is terminating its processing of this charge.
- [ ] The EEOC will continue to process this charge.

- [ ] The EEOC is closing your case.
- [ ] The EEOC is continuing its handling of your ADEA case.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

District Director

Enclosures(s)

CUSTOM FORMULATING & BLENDING INC.